# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Nolan Corpening ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                3:06CV176

John E. Potter, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 22, 2009 Order.

                                                Signed: October 22, 2009

Frank G. Johns, Clerk
United States District Court