IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06 CV 176-MU

| NOLAN CORPENING, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN E. POTTER, | ) | |
| POSTMASTER GENERAL | ) | |
| ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the court on Defendants' Motion to Compel. This Motion is DENIED as moot because summary judgement has been granted.

Signed: October 22, 2009

Graham C. Mullen
United States District Judge